| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EDWARD JAMES KAUSHAS | : | |
| Debtors | : | |
| | : | CASE #: 5:18-bk-03293 & 5:18-bk-01673 |
| EDWARD JAMES KAUSHAS | : | |
| Plaintiffs | : | |
| v. | : | ADVERSARY ACTION |
| UFCW FEDERAL CREDIT UNION | : | |
| LUZERNE COUNTY TAX CLAIM BUREAU, | : | |
| NORTHEAST REVENUE SERVICES LLC, | : | |
| ROBERT P. BRESHNAHAN, | : | 5:18-ap- |
| KUHARCHIK CONSTRUCTION, | : | |
| XITO GROUP LLC | : | |
| Defendants | : | |

**COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY, TO DETERMINE SECURED STATUS OF 995 SUNRISE DRIVE PITTSTON, PENNSYLVANIA, TO SET ASIDE TAX SALE AND FOR INJUNCTIVE RELIEF**

AND NOW, comes Plaintiff, Edward James Kaushas, and files this Complaint for Violation of the Automatic Stay, To Determine Secured Status of Property located at 995 Sunrise Drive, Pittston, Pennsylvania, to Set Aside Tax Sale and for Injunctive Relief and in support thereof alleges:

**PARTIES**

1. Plaintiff is Edward James Kaushas, an adult individual with an address of 995 Sunrise Drive, Pittston, Pennsylvania 18640.

2. Defendant UFCW Federal Credit Union, a Federal Credit Union, is a Credit Union organized and existing under The United States Credit Union Act with a principle place of business located at 1460 San Souci Parkway, Hanover Township, Pennsylvania 18706.

3. Defendant, Luzerne County Tax Claim Bureau, a government official with a principle place of business located at 200 North River Street Wilkes-Barre, PA 18711.

4. Defendant, Northeast Revenue Services, LLC is a Pennsylvania Limited Liability Company with a physical address of 1170 Highway 315, Plains, PA 18702.

5. Defendant, Robert P. Breshnahan, is an adult individual with an address of 59 East Eight Street, Suite B, Wyoming, Pennsylvania 18644.

6. Defendant, Kuharchik Construction Inc., is a corporation organized under the laws of Pennsylvania with an address of 59 East Eight Street, Suite B, Wyoming, Pennsylvania 18644.

7. Defendant, Xito Group LLC, a limited liability company organized under the laws of Pennsylvania with an address of 59 East Eight Street, Suite B, Wyoming, Pennsylvania 18644.

8. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(1)(A) & (O).

9. This adversary proceeding arises out of actions taken in violation of the Bankruptcy Court's Automatic Stay.

## BACKGROUND

10. At the time Plaintiff filed the aforesaid Bankruptcy, Plaintiff rented office space at 1170 Highway 315, Plains, PA 18702.

11. Northeast Revenue Services LLC, as agent for Luzerne County Tax Claim Bureau, also maintains an office at 1170 Highway 315, Plains, PA 18702.

12. At the time the petition was filed, Plaintiff owned his residence located at 995 Sunrise Drive, Pittston, Pennsylvania subject to a mortgage held by Defendant, UFCW Federal Credit Union.

13. The property was purchased by Robert P. Bresnahan, Jr. on June 28, 2018 at the Luzerne County Judicial Sale for an amount of $120,647.91.

14. The property was sold for a price grossly inadequate in view of its true value as demonstrated by the following transactions involving properties located in Plaintiff's development:

> - 993 Sunrise Drive, Pittston, PA 18640 sold on July 31, 2014 for an amount of $284,000;
> - 996 Sunrise Drive, Pittston, PA 18640 sold on June 21, 2018 for an amount of $296,900.

15. Defendant, UFCW Federal Credit Union, is prepared to immediately pay all taxes to the Luzerne County Tax Claim Bureau.

## COUNT 1- VIOLATION OF AUTOMATIC STAY – PLAINTIFF V DEFENDANTS LUZERNE COUNTY TAX CLAIM BUREAU AND NORTHEAST REVENUE SERVICES, LLC

16. The foregoing paragraphs are incorporated herein by reference.

17. On December 28, 2017 Luzerne County Court of Common Pleas issued a "Rule and Order" pertaining Defendant's "Amended Petition to Sell Property Free and Clear" in which a hearing was scheduled April 1, 2018 at 1:00 PM.

18. On April 24, 2018 at 10:28 AM Plaintiff filed a Bankruptcy Petition.

19. On April 24, 2018 at 11:00 AM Plaintiff notified Northeast Revenue Services LLC, as agent for Luzerne County Tax Claim Bureau, of the Bankruptcy filing.

20. On April 24, 2018 between 11:01 AM and 11:11 AM Northeast Revenue Services LLC representative acknowledged the Bankruptcy filing.

21. On April 24, 2018 at 11:12 AM Plaintiff apologized to Northeast Revenue Services LLC representative but reassured to promptly pay the back taxes.

22. On April 24, 2018 Plaintiff also notified UFCW Federal Credit Union of Plaintiff's Bankruptcy filing.

23. On April 24, 2018 at 1:00 PM, Defendants Northeast Revenue Services, LLC, as agent for Luzerne County Tax Claim Bureau and Luzerne County Tax Claim Bureau, proceeded to the 1:00 PM hearing on the "Rule Returnable."

24. Defendants Northeast Revenue Services, LLC, as agent for Luzerne County Tax Claim Bureau and Luzerne County Tax Claim Bureau did not inform the Court of the Plaintiff's Bankruptcy filing.

25. 11 U.S.C.S. 362(a)(2) and (3) provides debtors and estates an automatic stay from

> "any act to obtain possession of property of the estate or of property from the estate or to exercise control over the property of the estate"

26. Section 362 of the Bankruptcy Code provides that the filing of a bankruptcy petition operates as an automatic stay protecting the bankruptcy debtor and property of the estate. 11 U.S.C.S 362(a).

27. All parties have an affirmative duty not to act in violation of the automatic stay once debtor's petition has been filed.

28. The automatic stay is violated when a party continues to pursue a judicial proceeding against a debtor that was commenced before the bankruptcy filing, as well as continuing to obtain property of the estate or exercising control over the estate's property. 11 USC 362(a)(1), (3).

29. Plaintiff's real property located at 995 Sunrise Drive, Pittston, PA 18640 was part of Plaintiff's Bankruptcy estate.

30. Said Defendants without having obtained from this Honorable Court a modification of the automatic stay afforded by 11 U.S.C. 362, proceeding to continue the necessary steps to sell Plaintiff's real property at the June 28, 2018 "Judicial Sale."

31. As a result of the automatic stay, Defendants Northeast Revenue Services, LLC, as agent for Luzerne County Tax Claim Bureau and Luzerne County Tax Claim Bureau, were required to have Luzerne County Court of Common Pleas re-issue a "Rule and Order" pertaining the "Amended Petition" as required by 72 P.S. 5860.610.

32. Despite Plaintiff's Bankruptcy filing, Defendants Northeast Revenue Services, LLC, as agent for Luzerne County Tax Claim Bureau and Luzerne County Tax Claim Bureau, proceeded with the Judicial Process as follows:

   a. Procured an Order on April 1, 2018 to list Plaintiff's property for the June 28, 2018 Free and Clear Sale;
   b. Advertising Plaintiff's property in the Times Leader on May 25, 2018;
   c. Subsequently advertising Plaintiff's property as a property in the June 28, 2018 Free and Clear Sale;
   d. Selling Plaintiff's property on June 28, 2018.

33. Defendants Northeast Revenue Services, LLC, as agent for Luzerne County Tax Claim Bureau and Luzerne County Tax Claim Bureau, overt actions are considered willful.

34. Plaintiff is entitled to emotional distress damages pursuant to 11 U.S.C. 362(k)(1) in the amount of $6,000.00.

35. Defendants' conduct was egregious and reprehensible permitting imposition of Punitive Damages in the amount of $20,000,00 pursuant to 11 U.S.C. 3629(k)(1).

36. Plaintiff's punitive damage amount comports with due process. <u>Lansaw v Zokaites</u> 853 F.3d 657.

WHEREFORE, Plaintiff requests an Order seeking the following relief:

   **a.** Declare Defendants Northeast Revenue Services, LLC, as agent for Luzerne County Tax Claim Bureau and Luzerne County Tax Claim Bureau, guilty of civil contempt by violating the automatic stay;
   **b.** Award Plaintiff compensatory damages, attorney fees, and costs pursuant to 11 U.S.C. 362 (k) for contempt of court;
   **c.** Award Plaintiff Punitive Damages in the amount of $20,000.00.

## COUNT 2- DETERMINATION OF SECURED STATUS/TO SET ASIDE TAX SALE

37. The foregoing paragraphs are incorporated herein by reference.

38. In Pennsylvania, Judicial sales of tax delinquent property are governed by Section 610 of the Law, 72 P.S. 5860.610.

39. 72 P.S. 5860.610 provides in part:
> *the court shall grant a rule upon all parties thus shown to be interested to appear and show cause why a decree should not be made that said property be sold, free and cleared of their respective tax and municipal claims, liens, mortgages, charges and estates, except separately taxed ground rents.*

40. Plaintiff's Bankruptcy filing stayed the April 24, 2018 hearing on Defendant's "Amended Petition to Sell Property Free and Clear."

41. As a result of the automatic stay, Defendants Northeast Revenue Services, LLC, as agent for Luzerne County Tax Claim Bureau and Luzerne County Tax Claim Bureau, were required to have Luzerne County Court of Common Pleas re-issue a "Rule and Order" pertaining the "Amended Petition" as required by 72 P.S. 5860.610.

42. The tax sale of June 28, 2018 which was in violation of 11 U.S.C. 362 is void and should be set aside.

WHEREFORE, Plaintiff, Edward James Kaushas, prays this Honorable Court for an Order of Court setting aside the tax sale conducted by Defendants; cancelling the deed and causing the deed to be stricken from the record of the Luzerne County Recorder of Deeds Office and for such other relief as is just.

## COUNT 3- VIOLATION OF AUTOMATIC STAY – PLAINTIFF V DEFENDANTS ROBERT P. BRESHNAHAN, KUHARCHIK CONSTRUCTION, XITO GROUP LLC

43. The foregoing paragraphs are incorporated herein by reference.

44. On June 28, 2018, Defendants, Robert P. Breshnahan, Kuharchik Construction, Xito Group LLC, purchased Plaintiff's real property during the "Free and Clear" Sale.

45. On August 4, 2018, said Defendants directed and caused a Pittston Township Police Officer to visit Plaintiff's residence and inform Plaintiff, his girlfriend, and 6-year old son, were trespassing as the real property was now owned by Defendants.

46. On August 4, 2018, Plaintiff contacted said Defendants informing Defendants of Plaintiff's Bankruptcy.

47. Despite informing Defendants and Defendants' counsel – Donald Roberts – of Plaintiff's Bankruptcy, Defendants filed a Complaint in Ejectment in Luzerne County Court of Common Pleas - #2018-cv-9688.

48. Defendants named Plaintiff's girlfriend as a party to the "Ejectment Action."

49. It is a willful violation of the Automatic Stay when a creditor violates the stay with knowledge that the Bankruptcy petition had been filed.

50. Defendants are sophisticated and were represented by counsel at the time of the stay violations.

51. Defendants actions were willful violations of Bankruptcy Debtor's automatic stay pursuant to 11 U.S.C.S 362(a).

52. Defendants illegal use of a Pittston Township Police Officer was an attempt to intimidate Debtor.

53. Defendants' filing of the Ejectment Action in violation of the Automatic Stay; knowing the June 28, 2018 "free and clear sale" was improper resulted in Plaintiff's girlfriend and minor child seeking to vacate Plaintiff's residence.

54. Defendants' actions have cause Plaintiff emotional distress and impacted his physical health.

55. Plaintiff is entitled to emotional distress damages pursuant to 11 U.S.C. 362(k)(1) in the amount of $6,000.00.

56. Defendants' conduct was egregious and reprehensible permitting imposition of Punitive Damages in the amount of $50,000,00 pursuant to 11 U.S.C. 3629(k)(1).

57. Plaintiff's punitive damage amount comports with due process. Lansaw v Zokaites 853 F.3d 657.

## COUNT 4- INJUNCTIVE RELIEF

58. The foregoing paragraphs are incorporated herein by reference.

59. Plaintiff requests that an injunction be issued enjoining Defendants Robert P. Breshnahan, Kuharchik Construction, Xito Group LLC from further transfer of 995 Sunrise Drive, Pittston, Pennsylvania.

60. Plaintiffs house is a significant asset of the bankruptcy estate and is valued at Two Hundred and Fifty Thousand Dollars ($250,000.00).

61. On August 22, 2018, Defendant Xito Group filed an Action in Ejectment against Plaintiff which was docketed to 2018-CV-09688 in Luzerne County.

62. For the foregoing reasons, Debtor ask that this Honorable Court enter an Order enjoining further transfer of 995 Sunrise Drive, Pittston, Pennsylvania and also enjoining any actions to eject Plaintiff from said property.

WHEREFORE, Plaintiff, Edward James Kaushas, prays this Honorable Court for an Order of Court enjoining Defendants Robert P. Breshnahan, Kuharchik Construction, Xito Group LLC from further transfer of 995 Sunrise Drive, Pittston, Pennsylvania and also to enjoin any further action to eject Plaintiff from said property and for such other relief as is just.

Dated: September 18, 2018                      Respectfully Submitted,

                                                      /s/ Edward James Kaushas
                                                        Edward James Kaushas
                                                        Plaintiff/Debtor